| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Birotte, Jr, Andre | 2. Court or Organization<br><br>United States District Court Central District of California | 3. Date of Report<br><br>04/04/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination    Date 04/03/2014<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>3/28/2014 |
| 7. Chambers or Office Address<br><br>312 N. Spring Street<br>Los Angeles, CA 90012 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Executor | Estate #1 |
| 2. | Trustee | Trust #1 |
| 3. | Trustee | Trust #2 |
| 4. | Trustee | Trust #3 |
| 5. | Trustee | Trust #4 |
| 6. | Trustee | Trust #5 |
| 7. | Trustee | Trust #6 |
| 8. | | |
| 9. | | |
| 10. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

3.

Name of Person Reporting

Birotte, Jr, Andre

Date of Report

04/04/2014

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Consulting Fees from Rehalbilitation Centers in Los Angeles County |
| 2. 2013 | Consulting Fees from Rehalbilitation Centers in Los Angeles County |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | EdFinancial Services | Education Loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 11

**Name of Person Reporting**

Birotte, Jr, Andre

**Date of Report**

04/04/2014

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Funds EuroPacific Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 2. American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 3. American Funds Investment Company of America | A | Dividend | J | T | | | | | |
| 4. AT&T | A | Dividend | J | T | | | | | |
| 5. Columbia Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 6. Columbia Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 7. Fidelity Prime Fund Capital Reserves | A | Dividend | J | T | | | | | |
| 8. Franklin Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 9. Heartland Select Value Fund | A | Dividend | J | T | | | | | |
| 10. iShares russell 1000 Value Index Fund | A | Dividend | J | T | | | | | |
| 11. iShares russell 2000 Value Index Fund | A | Dividend | J | T | | | | | |
| 12. iShares S&P Mid-Cap 400 Growth ETF | A | Dividend | J | T | | | | | |
| 13. iShares S&P Mid-Cap 400 Vallue ETF | A | Dividend | J | T | | | | | |
| 14. iShares S&P Small Cap 400 Growth ETF | A | Dividend | J | T | | | | | |
| 15. Janus Fund | A | Dividend | J | T | | | | | |
| 16. Lazaard Emerging Markets Equity Portfolio | A | Dividend | J | T | | | | | |
| 17. SPDR S&P 500 ETF Trust | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vanguard 500 Index fund | A | Dividend | J | T | | | | | |
| 19. Vanguard Growth Index Fund | A | Dividend | J | T | | | | | |
| 20. Vanguard Total Internatinoal Index Fund | A | Dividend | J | T | | | | | |
| 21. iShares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 22. Estate #1 | | | | | | | | | |
| 23. - Rental Property (Newark, NJ) | F | Rent | O | W | | | | | |
| 24. - Trust #1 | A | Interest | P1 | T | | | | | |
| 25. - - National Financial Services Cash Account | | | | | | | | | |
| 26. - Trust #2 | A | Interest | P1 | T | | | | | |
| 27. - - National Financial Services Cash Account | | | | | | | | | |
| 28. - Trust #3 | A | Interest | P1 | T | | | | | |
| 29. - - National Financial Services Cash Account | | | | | | | | | |
| 30. - Trust #4 | E | Int./Div. | P1 | T | | | | | |
| 31. - - Mainstay Marketfeild Class I | | | | | | | | | |
| 32. - - Robeco Boston PRTNS LG/SH Research INSTL | | | | | | | | | |
| 33. - - Putnam Capital Spectrum Fun CL Y | | | | | | | | | |
| 34. - - Artisan International Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 11

Name of Person Reporting

Birotte, Jr, Andre

Date of Report

04/04/2014

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - - iShares Russell 1000 Growth ETF | | | | | | | | | |
| 36. - - American Washington Mutual Investors F2 | | | | | | | | | |
| 37. - - FPA Crescent Inst Share | | | | | | | | | |
| 38. - - Yacktman | | | | | | | | | |
| 39. - - Maxim Integrated Prods | | | | | | | | | |
| 40. - - Atlas Resource Partners | | | | | | | | | |
| 41. - - Metabolix Inc | | | | | | | | | |
| 42. - - Newstar Financial Inc | | | | | | | | | |
| 43. - - NPS Pharmaceuticals Inc | | | | | | | | | |
| 44. - - Celgene Corp | | | | | | | | | |
| 45. - -Vanguard extended Market Vipers Index Fund | | | | | | | | | |
| 46. - - Templeton Global Total Return Fund CL ADV | | | | | | | | | |
| 47. - - iShares Tips Bond ETF | | | | | | | | | |
| 48. - - SPDR SER TR Lehman Short Term Intl Treas Bd etf | | | | | | | | | |
| 49. - -Cherry Hill Twp NJ - Municipal Bond | | | | | | | | | |
| 50. - - Hammonton NJ - Municipal Bond | | | | | | | | | |
| 51. - -Mercer Cnty NJ - Municipal Bond | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 52. - - New Jersey ST EDL Facs - Municipal Bond | | | | | | | | | |
| 53. - - Ocean Cnty NJ - Municipal Bond | | | | | | | | | |
| 54. - - DWS Commodity Security CL S | | | | | | | | | |
| 55. --Ashmore Emerging MKT Local Curr BD CL I | | | | | | | | | |
| 56. - - Oppenheimer Developing Markets Y | | | | | | | | | |
| 57. - - Virtus Global Real Estate Securities I | | | | | | | | | |
| 58. - - Lord Abbett High Yield Fd CL F | | | | | | | | | |
| 59. - - Prime Fund Capital Reserves Class | | | | | | | | | |
| 60. - Trust #5 | A | Interest | P1 | T | | | | | |
| 61. - - National Financial Services Cash Account | | | | | | | | | |
| 62. - Trust #6 | C | Int./Div. | P1 | T | | | | | |
| 63. - - DWS Rreef Global Infrastructure Fd CL S | | | | | | | | | |
| 64. - - Goldman Sachs Multi-Manager Altrnv Instl | | | | | | | | | |
| 65. - - Putnam Capital Spectrum Fund CL Y | | | | | | | | | |
| 66. - - Artisan International Fund | | | | | | | | | |
| 67. - - iShares MSCI EAFE ETF | | | | | | | | | |
| 68. - - American Washington Mutual Investors F2 | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes (See Columns C1 and D3)

| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| --- | --- | --- | --- |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |

3. Value Method Codes (See Column C2)

| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| --- | --- | --- | --- |
| U =Book Value | V =Other | W =Estimated | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - - FPA Crescent Inst Share | | | | | | | | | |
| 70. - - iShares S&P 500 Value ETF | | | | | | | | | |
| 71. - -Atlas Resource Partners | | | | | | | | | |
| 72. - - Goldman Sacs Small/Mid Cap Growth I | | | | | | | | | |
| 73. - - Templeton Global Total Return Fund CL Adv | | | | | | | | | |
| 74. - - iShares Tips Bond ETF | | | | | | | | | |
| 75. - - SPDR SER TR Lehman Short Term Intl Treas BD ETF | | | | | | | | | |
| 76. - - New York NY City Transitional Fin | | | | | | | | | |
| 77. - -Somers Conn GO Ref BDS Ser. 2012 - Municipal Bond | | | | | | | | | |
| 78. - - South Carolina St Gost Institution BDS - Municipal Bond | | | | | | | | | |
| 79. - - Triborough Brdg & Tunl Auth NY Revs - Municipal Bond | | | | | | | | | |
| 80. - - Fidelity Ohio Muni Money Market | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Name of Person Reporting

Birotte, Jr, Andre

Date of Report

04/04/2014

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr, Andre | 04/04/2014 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, If any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Andre Birotte, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 188 | 022 | Notes payable to banks-secured (auto) | | 6 | 745 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 99 | 783 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 454 | 550 |
| Real estate owned – personal residence | | 850 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | | | Education loans | | 30 | 000 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Los Angeles Deferred Compensation Plan | | 178 | 005 | | | | |
| Thrift Savings Plan | | 6 | 094 | | | | |
| | | | | Total liabilities | | 491 | 295 |
| | | | | Net Worth | | 830 | 609 |
| Total Assets | 1 | 321 | 904 | Total liabilities and net worth | 1 | 321 | 904 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |